**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR303** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **AMENDED** |
| | ) | **TENTATIVE FINDINGS** |
| **LANNY COOPER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has received the Revised Presentence Investigation Report ("PSR") and the parties' objections thereto (Filing Nos. 87, 88). See "Order on Sentencing Schedule," ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

The parties objects to the quantity of controlled substance and base offense level attributed to the Defendant in the PSR and to the application of base offense level 32. The plea agreement recommends a base offense level of 30 based on a quantity of at least 35 but less than 50 grams of actual methamphetamine. The Court's tentative findings are that, absent unusual circumstances, the plea agreement should be upheld and the base offense level should be calculated as level 30.

IT IS ORDERED:

1.      The Court's tentative findings are that the parties' objections (Filing Nos. 87, 88) to the PSR are granted;

2.      The parties are notified that my tentative findings are that the PSR is correct in all other respects;

3.      If **any** party wishes to challenge these tentative findings, the party shall file, as soon as possible but in any event before sentencing, and serve upon opposing counsel and the court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

4.      Absent submission of the information required by paragraph 3 of this order, my tentative findings may become final; and

5.      Unless otherwise ordered, any motion challenging these tentative findings will be resolved at sentencing.

DATED this 28th day of March, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

2