IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:10CR303 |
| vs. | ORDER FOR DISMISSAL |
| LANNY COOPER, | |
| Defendant. | |

This matter is before the Court on the Plaintiff's Motion to Dismiss (Filing No. 204) the Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 197). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion (Filing No. 204) is granted and the Amended Petition for Offender Under Supervision is dismissed (Filing No. 197).

Dated this 17th day of March 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge